ACCEPTED
03-15-00145-CV
4397321
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 11:09:18 AM
JEFFREY D. KYLE
CLERK

Filed in The District Court
of Travis County, Texas

MAR 04 2015

At_____M.
Velva L. Price, District Clerk

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 11:09:18 AM
JEFFREY D. KYLE
Clerk

## CAUSE NO. D-1-GN-13-002356

| | | |
|---|---|---|
| **MARK WALTERS,**<br>**Plaintiff** | §<br>§<br>§ | **IN THE DISTRICT COURT OF** |
| **v.** | §<br>§ | |
| **BRAD LIVINGSTON,**<br>**Defendant.** | §<br>§<br>§ | **TRAVIS COUNTY, TEXAS**<br>**200TH JUDICIAL DISTRICT** |

## PLAINTIFF'S REQUEST TO PREPARE REPORTER'S RECORD

**TO:** Patty Day, Court Reporter for the 98TH Civil District Court of Travis County, Texas, P.O. Box 1748, Austin, TX 78767.

**FROM:** Mark Walters, pro se plaintiff in the above styled and numbered cause, P.O. Box 28072, Austin, Texas 78755.

**RE:** Plaintiff's request for preparation of the reporter's record for Mark Walters v. Brad Livingston, cause number D-1-GN-13-002356 in the 98th Civil District Court of Travis County, Texas.

Plaintiff, Mark Walters, is appealing this case to the Third Court of Appeals. The trial court heard Defendant's Motion for Summary Judgment on December 18, 2014 and the trial court signed the judgment dismissing the case on February 6, 2015. Along with this request, Plaintiff has filed a notice of appeal and is entitled to appeal without paying the court reporter's fee.

Please prepare, file, and certify an original and one copy of the reporter's record containing all testimony from all of the witnesses, all discussion during summary judgment hearing between the judge and the attorneys, all bench conferences and all exhibits.

Please include in the reporter's record all of the following:

1. The attorneys' opening statements.

2. The attorneys' closing arguments.

3. Any part of the proceeding electronically recorded on December 18, 2014.

4. The court reporter's log of all the recorded proceedings.

Although it is your obligation to obtain parts of the reporter's record taken by any substitute court reporters, I would like to know if any substitute court reporters were used in this case. Please complete and return the attached form to show that you have received this request and to provide the names of any substitute court reporters for my records.

The first notice of appeal filed in this case was filed on March 4, 2015. The reporter's record must be filed with the court of appeals within 30 days after the date the appellant filed the first notice of appeal, on or before April 3, 2015.

Please let me know when you have filed the reporter's record with the court of appeals.

Respectfully submitted,

Mark Walters
P.O. Box 28072
Austin, Texas 78755
(512)-964-4343
verusconsultingtexas@gmail.com

*Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

I, Mark Walters, hereby certify that a true and correct copy of the above and foregoing PLAINTIFF'S REQUEST TO PREPARE REPORTER'S RECORD has been served by hand delivering on March 3, 2015 to Asst. Attorney General Craig Jacobs, c/o the Office of Texas Attorney General, 300 W. 15th Street, Austin, Texas 78701.

Mark Walters



VERUS CONSULTING
# MARK WALTERS

P.O. Box 28072, Austin, Texas 78755
TEL: (512) 964-4343 • FAX: (512) 346-9494
Email: verusconsultingtexas@gmail.com

## COURT REPORTER'S RESPONSE

**TO**: PLAINTIFF'S REQUEST FOR RECORD

**TO**: Mark Walters, Plaintiff Pro Se, P.O. Box 28072, Austin, Texas 78755

**Attorney for Defendant**: Craig Jacobs, c/o Texas Attorney General, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548

**FROM**: Patty Day, Court reporter for the 98th Civil District Court of Travis County, Texas

**RE**: Plaintiff's request for the names of all court reporters that heard evidence in Walters v. Livingston, cause number D-1-GN-13-2356 in the 200th Judicial District Court of Travis County, Texas.

I, _____, the official court reporter for the 98th Civil District Court of Travis County, Texas, took notes for the summary judgment hearing of this case.

Pro Se Plaintiff requested in writing on March 4, 2015, that the reporter's record be prepared.

The following are the names and telephone and fax numbers of substitute court reporters that took notes of or operated the equipment that recorded parts of the proceedings, and the dates on which this was done.

Name:
Date:
Tel. Number:
Fax Number:

Date: _____, 20___.


_____

Official Court Reporter